IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIAN SHAUGHNESSY, | ) | CIVIL NO. 09-00074 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SAL AUGUSTUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**FINDINGS AND RECOMMENDATION THAT
CASE BE DISMISSED WITHOUT PREJUDICE**

Plaintiff Brian Shaughnessy ("Plaintiff") filed the instant action on February 19, 2009 against Defendant Sal Augustus, Inc. ("Defendant"). At the May 18, 2009 scheduled Rule 16 Scheduling Conference, Plaintiff's counsel represented that Plaintiff had not completed service on Defendant. This Court ordered Plaintiff to serve the Complaint by June 17, 2009 and continued the scheduling conference to July 6, 2009. On July 6, 2009, Plaintiff's counsel represented that Plaintiff had been unable to serve Defendant. This Court informed Plaintiff that it intended to recommend that the case be dismissed without prejudice.

Federal Rule of Civil Procedure 4(m) states:

If a defendant is not served within 120 days after
the complaint is filed, the court--on motion or on
its own after notice to the plaintiff--must
dismiss the action without prejudice against that
defendant or order that service be made within a
specified time. But if the plaintiff shows good
cause for the failure, the court must extend the

>           time for service for an appropriate period.  This
>           subdivision (m) does not apply to service in a
>           foreign country under Rule 4(f) or 4(j)(1).

Plaintiff failed to serve Defendant within 120 days after filing the Complaint.  There is no evidence in the record of the reasons why Plaintiff was unable to serve the Complaint, nor is there any evidence that Plaintiff must serve Defendant in a foreign country.  This Court therefore FINDS that Plaintiff has not established good cause for his failure to serve Defendant, and the Court RECOMMENDS that the district judge dismiss the case without prejudice for failure to effect service.

    IT IS SO FOUND AND RECOMMENDED.

    DATED AT HONOLULU, HAWAII, July 10, 2009.



                            /S/ Leslie E. Kobayashi
                           Leslie E. Kobayashi
                           United States Magistrate Judge

**BRIAN SHAUGHNESSY V. SAL AUGUSTUS, INC.; CIVIL NO. 09-00074 HG-LEK; FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED WITHOUT PREJUDICE**